51 F.3d 1206w
 Sarah A. KIRK, Administratrix of the Estates of Kirk, Alfred
T., Deceased and Kirk, Sarah A. in her own right
v.
RAYMARK INDUSTRIES, INC.; Eagle-Picher Industries, Inc.;
Keene Corporation; Garlock Inc.; Owens-Corning Fiberglas
Corporation; Celotex Corp.; GAF Corporation;
Owens-Illinois Glass Company Owens-Corning Fiberglas
Corporation, Appellant.
 Nos. 94-1745, 94-1746.
 United States Court of Appeals,
Third Circuit.
 Argued Feb. 14, 1995.
Decided April 14, 1995.
Order Vacating Opinion on Sur Petition for Panel Rehearing
May 24, 1995.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION